**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **VIVIAN FRAVIEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 25-11712-DJC** |
| ) | |
| **WILLIAM SCHNEIDER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**FINAL ORDER OF DISMISSAL**

**CASPER, J.**                                                                                      **May 5, 2026**

For the reasons stated in the Order dated May 5, 2026, this action is dismissed.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 5/5/26                                     By /s/ Savannah Cook
                                                           Deputy Clerk

1